# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150932

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LYNN FREDERICK WITT,
      Defendant-Appellant.

SC: 150932
COA: 316272
Lapeer CC: 10-010574-FH

_____/

On order of the Court, the application for leave to appeal the November 13, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



a0909

Clerk